Lonnie D. Giamela (SBN 228435)
E-Mail: lgiamela@fisherphillips.com
J. Misa Keelan (SBN 322129)
E-Mail: mkeelan@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
ASHLEY DISTRIBUTION SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SALAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY DISTRIBUTION SERVICES, LLC, a Florida Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.: 5:26-cv-00279-SRM-CTS<br><br>*Assigned to District Judge Serena R. Murillo*<br><br>**ORDER GRANTING STIPULATION AND PROTECTIVE ORDER – CONFIDENTIAL DESIGNATION ONLY**<br><br>Complaint Filed: December 15, 2025<br>Trial Date: July 27, 2027 |

**ORDER**

GOOD CAUSE APPEARING, the Stipulation and Protective Order is hereby approved.

IT IS SO ORDERED.

DATED: November, 5 2026

By: ______________________

Honorable Christina T. Shay
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, the undersigned, am over the age of 18 years and not a party to this action. I am employed in the County of Los Angeles with the law offices of Fisher & Phillips LLP and its business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On November 6, 2026, I served the following document(s) **PROPOSED ORDER GRANTING STIPULATION AND PROTECTIVE ORDER – CONFIDENTIAL DESIGNATION ONLY** on the person(s) listed below as follows:

| | |
|---|---|
| Nazo Koulloukian, Esq.<br>Yijing Sun, Esq.<br>**KOUL LAW FIRM**<br>217 South Kenwood St.<br>Glendale, California 91205 | *Attorneys for Plaintiff, David Salas*<br><br>Tel: (213) 325-3032<br>Email: nazo@koullaw.com<br>lily@koullaw.com<br>lily@koullaw.com<br>nadia@koullaw.com<br>bethany@koullaw.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above. My electronic service address is astark@fisherphillips.com.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 6, 2026, at Los Angeles, California.

______________________________

Amy Stark